BENJAMIN LEVINE, Appellant, v. LILLIAN LEVINE, Respondent.—

Munder, Acting P. J., Martuscello,
Shapiro, Christ and Benjamin, JJ., concur.